# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 21-5074  September Term, 2021

FILED ON: JUNE 3, 2022

PATRICK EDDINGTON,
    APPELLANT

v.

UNITED STATES DEPARTMENT OF DEFENSE,
    APPELLEE

Appeal from the United States District Court
for the District of Columbia
(No. 1:20-cv-00442)

Before: HENDERSON and WALKER, *Circuit Judges*, and RANDOLPH, *Senior Circuit Judge*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's grant of summary judgment be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/

Daniel J. Reidy
Deputy Clerk

Date: June 3, 2022

Opinion for the court filed by Circuit Judge Henderson.